# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SANGALANG, | Case No. CV 17-03648 RGK (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. SANTORO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 07, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE